ADDRESS: ANDRE A DAVIS
P.O. BOX 551329
GASTONIA NC 28054

RECEIVED
CHARLOTTE, NC

DEC 29 2020

Clerk, US District Court
Western District of NC

DEAR CLERK

PLEASE DISMISSED BOTH PREVIOUS CASES DAVIS V. TRUMP ET AL FILE 11/13/2020 CASE# 3:20-CV-00642-GCM AND 3:20-CV-00542-FDW-DSC

~~DAVIS V. MURRAY ET AL FILED 12/03/2020~~ AD
~~3:20 CV-00642-GCM~~ AD

AND DAVIS V. MURRAY ET AL FILED 12/03/2020 3:20-CV-00677-RJC-DCK.

PLEASE ACCEPT THIS NEW CASE I WOULD LIKE TO START ANEW.

RESPECTFULLY,

ANDRE A DAVIS

[signature]

PS ENCLOSURE NEW CASE.